

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

IJ:JPN
F#: 2008R00707

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

March 21, 2012

BY FEDEX

George Stamboulidis, Esq.
Lauren Resnick, Esq.
Baker Hostetler
45 Rockefeller Plaza
11th Floor
New York, NY 10111

      Re:  United States v. Martin Weisberg
          Criminal Docket No. 08-347 (NGG)

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes discovery with respect to the above-referenced matter.  Enclosed please find two compact discs, Bates-stamped DOJ-03/21/2012-000001 and DOJ-03/21/2012-000002, that contain material that the government recently received from Baker & McKenzie LLP.

    Please note that Baker & McKenzie LLP placed separate Bates stamps on the material contained on the enclosed discs: BM-SIAM-E00000001 to BM-SIAM-E00014978 and BM-SIAM-000001 to BM-SIAM-000479.  The government again requests reciprocal discovery.

                                      Yours truly,

                                      LORETTA E. LYNCH
                                    United States Attorney

                  By:      /s/
                                     Ilene Jaroslaw
                                     John P. Nowak
                                     Assistant U.S. Attorneys

Enclosures
cc:  Clerk of the Court (NGG) (w/o enclosure)