# Baker Hostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

George A. Stamboulidis
direct dial: 212.589.4211
GStamboulidis@bakerlaw.com

May 20, 2012

**VIA ECF**

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States v. Martin Weisberg*
               Docket No. 08-CR-0347 (NGG)

Dear Judge Garaufis:

    The defense writes to alert you that the parties have reached a pre-trial disposition in the above-referenced matter that obviates the need for a trial. Accordingly, subject to the Court's acceptance of the parties' disposition, we believe jury selection tomorrow morning will not be required.

                             Respectfully submitted,

                             *George A. Stamboulidis/EL*

                             George A. Stamboulidis
                             Lauren J. Resnick
                             Essence Liburd

cc:    Honorable Cheryl L. Pollak (via Facsimile)
       AUSA Ilene Jaroslaw (via ECF)
       AUSA John Nowak (via ECF)